448 A.2d 1150

Commonwealth v. Hill, Appellant.

Submitted June 22, 1981.

John J. D'Angelo, for appellant; Gaele McLaughlin Bart-hold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and BECK, JJ.

Order affirmed.